**Electronically Filed
Supreme Court
SCWC-24-0000333
27-JUL-2026
07:49 AM
Dkt. 9 OGAC**

SCWC-24-0000333

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

UMB BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY,
BUT SOLELY AS LEGAL TITLE TRUSTEE FOR LVS TITLE TRUST XIII,
Respondent/Plaintiff-Appellee,

vs.

SA TUPULUA; GLADYS ULU TUPULUA,
Petitioners/Defendants-Appellants,

and

CITI BANK (SOUTH DAKOTA), N.A.; NOHOKAI AT SEA COUNTRY,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000333; CASE NO. 1CC151000083)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins and Ginoza, JJ.,
and Circuit Judge Cataldo, assigned by reason of vacancy)

Pursuant to this court's discretion set forth in

Hawai'i Revised Statutes § 602-59(a), Petitioners' Application

for Writ of Certiorari, filed on June 15, 2026, is hereby

accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, July 27, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Lisa W. Cataldo

